IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY LEE TAYLOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARSHALL WILLIAMS, JR. )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:05cv325-VPM<br>[WO] |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendant and against the plaintiff, and that this action be and is hereby DISMISSED with prejudice, and each party shall bear his own expenses.

Done this the 3rd day of August, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE